1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

10

**NORTHERN DISTRICT OF CALIFORNIA**

11
12

JARED MANIGLIA, an individual, on behalf
of himself and on behalf of all persons
similarly situated,

Plaintiff,

vs.

HOME DEPOT U.S.A., INC., a Corporation,

Defendant.

Case No. **3:20-cv-04185-JD**

**ORDER OF DISMISSAL**

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED that this action be dismissed without prejudice, including all individual and class claims therein. Each party is to bear their own fees and costs.

Dated:  October 5, 2020

_____
JAMES DONATO
UNITED STATES DISTRICT JUDGE